# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| PERKINS, JODI L | § § | Case No. 07-11691 |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 06/29/2007 . The undersigned trustee was appointed on 06/29/2007 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $          50,100.42

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 109.88 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 49,990.54 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 12/14/2007 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,755.02 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,755.02 , for a total compensation of $ 5,755.02 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 14.52 , for total expenses of $ 14.52 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 03/12/2010            By:/s/BRENDA PORTER HELMS, TRUSTEE
                               Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1

Case 07-11691 Doc 21 Filed 04/13/10 Entered 04/13/10 16:13:05 Desc Main
Document Page 3 of 8

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page 1

| Case No: | 07-11691 | SQU | Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | PERKINS, JODI L | | | Date Filed (f) or Converted (c): | 06/29/07 (f) |
| | | | | 341(a) Meeting Date: | 08/14/07 |
| For Period Ending: 03/12/10 | | | | Claims Bar Date: | 12/14/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) Gross Value of Remaining Assets |
| 1. 50% INTEREST IN 13 BUTTERNUT, NAPERVILLE, IL 60540 | 370,000.00 | 0.00 | | 50,000.00 | FA |
| 2. CASH | 20.00 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 3. JOINT CHECKING ACCOUNT (WITH BOYFRIEND) @ MUTUAL B | 300.00 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 4. LIVING ROOM SETS, DINING ROOM SET, 2 BEDS, APPLIAN | 5,000.00 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 5. ANTIQUE GLASSWARE | 500.00 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 6. BOOKS, CDS | 50.00 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 7. NECESSARY CLOTHING | 350.00 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 8. DIGITAL CAMERA | 40.00 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 9. TREADMILL | 30.00 | 0.00 | DA | 0.00 | FA |
| 10. TERM LIFE INSURANCE ISSUED BY NATIONAL LIFE | 0.00 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 11. SEP IRA AND ROTH IRA | 46,590.43 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 12. 100% INTEREST IN TRANQUILL SETTINGS AND LANDSCAPIN | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. 1996 TOYOTA AVALON (120,000 MILES) | 5,000.00 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 14. 6 CATS, FISH | 0.00 | 0.00 | | 0.00 | FA |
| 15. INTEREST IN MARRIOTT TIMESHARE | 0.00 | Unknown | | 0.00 | Unknown |
| 16. Post-Petition Interest Deposits (u) | Unknown | N/A | | 100.42 | Unknown |

|  | | | | | Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $427,880.43 | $0.00 | | $50,100.42 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/08     Current Projected Date of Final Report (TFR): 03/01/10

/s/    BRENDA PORTER HELMS, TRUSTEE
_____ Date: 03/12/10
BRENDA PORTER HELMS, TRUSTEE

Exhibit A

PFORM1                                                   Ver 15.06b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 07-11691 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | PERKINS, JODI L | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7381 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8700 | | |
| For Period Ending: | 03/12/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/15/08 | 1 | Jodi Perkins | debtor's equity in residence | 1110-000 | 50,000.00 | | 50,000.00 |
| 01/31/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 8.03 | | 50,008.03 |
| 02/14/08 | 000101 | International Sureties Ltd 701 Polydras St New Orleans LA 70139 | trustee bond | 2300-000 | | 55.76 | 49,952.27 |
| 02/29/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 11.88 | | 49,964.15 |
| 03/31/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 11.81 | | 49,975.96 |
| 04/30/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 10.24 | | 49,986.20 |
| 05/30/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 6.35 | | 49,992.55 |
| 06/30/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 6.15 | | 49,998.70 |
| 07/31/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 6.35 | | 50,005.05 |
| 08/29/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 6.34 | | 50,011.39 |
| 09/30/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 6.16 | | 50,017.55 |
| 10/31/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 4.85 | | 50,022.40 |
| 11/28/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 4.10 | | 50,026.50 |
| 12/31/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 2.71 | | 50,029.21 |
| 01/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 0.84 | | 50,030.05 |
| 02/06/09 | 000102 | International Sureties Ltd | trustee bond | 2300-000 | | 54.12 | 49,975.93 |
| 02/27/09 | 16 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.62 | | 49,976.55 |
| 03/31/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.43 | | 49,976.98 |
| 04/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.10 | | 49,978.08 |
| 05/29/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.27 | | 49,979.35 |
| 06/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.23 | | 49,980.58 |
| 07/31/09 | 16 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.27 | | 49,981.85 |
| 08/31/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.27 | | 49,983.12 |
| 09/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.23 | | 49,984.35 |
| 10/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.27 | | 49,985.62 |
| 11/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.23 | | 49,986.85 |
| 12/31/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.27 | | 49,988.12 |
| 01/29/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.27 | | 49,989.39 |
| 02/26/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.15 | | 49,990.54 |

Total Of All Accounts 49,990.54

Exhibit B

PFORM24

Ver 15.06b

Case 07-11691   Doc 31   Filed 04/13/10   Entered 04/13/10 16:13:05   Desc Main
              Document      Page 5 of 8

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-11691
Case Name: PERKINS, JODI L
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |
| | $ |
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: BRENDA PORTER HELMS, TRUSTEE | $ 5,755.02 | $ 14.52 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 88,876.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 49.8 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Target National Bank | $ 319.31 | $ 158.87 |
| 000002 | Chase Bank USA, NA | $ 28,544.09 | $ 14,202.27 |
| 000003 | Chase Bank USA, NA | $ 10,353.84 | $ 5,151.61 |

UST Form 101-7-TFR (9/1/2009) (Page: 4)

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | Talbots | $ 539.07 | $ 268.22 |
| 000005 | JPMorgan Chase Bank, N.A. | $ 46,800.43 | $ 23,285.82 |
| 000006 | Dermatology Ltd. | $ 1,492.46 | $ 742.58 |
| 000007 | Household Bank (SB), N.A. (Bon Ton) | $ 827.29 | $ 411.63 |

Tardily filed claims of general (unsecured) creditors totaling $ 4,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000008 | John Patterson | $ 4,000.00 | $ 0.00 |
| 000009 | Robbs Lawn Care | $ 0.00 | $ 0.00 |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

UST Form 101-7-TFR (9/1/2009) (Page: 5)

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .