# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PERKINS, JODI L | § | Case No. 07-11691 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF COURT
> 219 S. DEARBORN STREET
> CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 05/14/2010 in Courtroom 4016,
> DuPage Judicial Center
> 505 N. County Farm Road
> Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/13/2010                                     By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UST Form 101-7-NFR (9/1/2009) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| PERKINS, JODI L | § | Case No. 07-11691 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 50,101.70 |
| *and approved disbursements of* | $ | 109.88 |
| *leaving a balance on hand of*[1] | $ | 49,991.82 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: BRENDA PORTER HELMS, TRUSTEE | $ 5,755.02 | $ 14.52 |
| *Attorney for trustee:* | $ | $ |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Fees:* | | $ | $ |
| *Other:* | | $ | $ |
| *Other:* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 88,876.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 49.8 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Target National Bank | $ 319.31 | $ 158.88 |
| 000002 | Chase Bank USA, NA | $ 28,544.09 | $ 14,202.68 |
| 000003 | Chase Bank USA, NA | $ 10,353.84 | $ 5,151.76 |
| 000004 | Talbots | $ 539.07 | $ 268.23 |
| 000005 | JPMorgan Chase Bank, N.A. | $ 46,800.43 | $ 23,286.49 |
| 000006 | Dermatology Ltd. | $ 1,492.46 | $ 742.60 |
| 000007 | Household Bank (SB), N.A. (Bon Ton) | $ 827.29 | $ 411.64 |

Tardily filed claims of general (unsecured) creditors totaling $ 4,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000008 | John Patterson | $ 4,000.00 | $ 0.00 |
| 000009 | Robbs Lawn Care | $ 0.00 | $ 0.00 |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Brenda Porter Helms
Trustee

BRENDA PORTER HELMS, TRUSTEE
3400 W. LAWRENCE AVENUE
CHICAGO, IL 60625

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mflowers              Page 1 of 1                   Date Rcvd: Apr 14, 2010
Case: 07-11691                 Form ID: pdf006             Total Noticed: 34

The following entities were noticed by first class mail on Apr 16, 2010.
db          +Jodi L Perkins,    13 Butternut Dr.,    Naperville, IL 60540-7401
aty         +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 W Lawrence Avenue,
              Chicago, IL 60625-5104
aty         +Lincoln M King,    Ruddy, Milroy & King, LLC,    1700 N Farnsworth Ave,    Ste 12,
              Aurora, IL 60505-1186
tr          +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 West Lawrence,
              Chicago, IL 60625-5104
11454199     Ashley Furniture,    P.O. Box 183041,    Colombus, OH 43218-3041
11454200     Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
11454201     Carson Pirie Scott,    P.O. Box 17264,    Baltimore, MD 21297-1264
11454202     Chase Bank One,    P.O. Box 15298,    Wilmington, DE 19886-5153
11644537     Chase Bank USA,    c/o Weinstein & Riley, P.S.,,   PO Box 3978,    Seattle, WA 98124-3978
11649637     Chase Bank USA, NA,    PO BOX 15145,    Wilmington, DE 19850-5145
11454203    +Citibank,    100 Citibank Center,    San Antonio, TX 78245-3202
11454204    +Dermatology Ltd.,    2400 Glenwood Ave.,    Joliet, IL 60435-5474
11454205    +Edwards Hospital,    801 S. Washington,    Naperville, IL 60540-7499
11766416    +Household Bank (SB), N.A. (Bon Ton),    eCAST Settlement Corporation,
              c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
11454206     Indymac Bank,    P.O. Box 4045,    Kalamazoo, MI 49003-4045
11655667    +JPMorgan Chase Bank, N.A.,    528 South Main Street, OH2-5170,    Akron, OH 44311-1058
11454207    +John Deere Landscaping,    5379 Walnut Ave.,    Downers Grove, IL 60515-4108
11454208    +John Patterson,    3932 Crews Lake Dr.,    Lakeland, FL 33813-3961
11454209    +KCA Financial Services,    628 North Street,    Geneva, IL 60134-1356
11454210     Marriott Vacation Club,    1200 U.S. 98 S., Suite 19,    P.O. Box 8038,    Lakeland, FL 33802-8038
11454211     Midwest Center,    4355 Montgomery Rd.,    Naperville, IL 60564
11454197    +Perkins Jodi L,    13 Butternut Dr,    Naperville, IL 60540-7401
11877508    +Robbs Lawn Care,    Pob 8201,    Woodridge,IL 60517-8201
11454212    +Robert Wenz, III,    13 Butternut Dr.,    Naperville, IL 60540-7401
11454198    +Ruddy Milroy & King,    1700 N Farnsworth Ave Suite 12,    Aurora, IL 60505-1186
11454213     Shemin Nurseries,    4N755 Lombard Rd.,    Addison, IL 60101
11454214     Student Loan Corporation,    C/O Citibank,    P.O. Box 6615,    The Lakes, NV 88901-6615
11454215     Talbots,    P.O. Box 740158,    CIncinnati, OH 45274-0158
11654486    +Talbots,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas, Tx 75374-0933
11454216     Target National Bank,    C/O Target Credit Services,    P.O. Box 1581,
              Minneapolis, MN 55440-1581
11614496     Target National Bank,    c/o Weinstein & Riley, P.S.,,   PO Box 3978,    Seattle, WA 98124-3978
11454217    +Tranquil Settings Landscaping, Inc.,    13 Butternut,    Naperville, IL 60540-7401
11454218     United Mileage Plus,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
11454219    +Viamedia,    608 S Washington #308,    Naperville, IL 60540-6664

The following entities were noticed by electronic transmission on Apr 14, 2010.
11454204     +E-mail/Text: testell@pdskin.com                            Dermatology Ltd.,    2400 Glenwood Ave.,
              Joliet, IL 60435-5474
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date:** Apr 16, 2010          **Signature:** *Joseph Speetjens*